JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

5/19/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS E. GAYTAN, RENE H. SANCHEZ, AND ANDRES BERNARDINO, on behalf of themselves, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIMBO BAKERIES USA, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 13-8471 MWF (JEMx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF THE CLAIMS OF PLAINTIFF LUIS E. GAYTAN** |

///
///
///
///
///
///
///

# ORDER

The Court, having considered Plaintiff Luis E. Gaytan, and Defendant Bimbo Bakeries USA, Inc.'s Joint Stipulation of Dismissal with Prejudice of the Claims of Plaintiff Luis E. Gaytan, and good cause appearing, **HEREBY ORDERS THAT** the claims of Plaintiff Luis E. Gaytan in the above-entitled action are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: May 19, 2016

_____
Honorable Michael W. Fitzgerald
United States District Judge

2